UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD GATTER,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>RICHLAND HOLDINGS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cv-01404-RFB-PAL<br><br>ORDER |

Before the court is the parties' Sealed Motion for Summary Judgment (Dkt. #39), Sealed Response to (Dkt. #16) Motion for Summary Judgment (Dkt. #40), Sealed Response to (Dkt. #39) Motion for Summary Judgment (Dkt. #42) and Sealed Exhibits to Response (Dkt. #43).

These documents do not comply with LR 10-5(b) which states:

> Unless otherwise permitted by statute, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures. If papers are filed under seal pursuant to prior Court order, the papers shall bear the following notation on the first page, directly under the case number: "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED _____." All papers filed under seal will remain sealed until such time as the Court may deny the motion to seal or enter an order to unseal them, or the documents are unsealed pursuant to Local Rule.

As the documents do not comply with the Local Rules of this court, the parties will be required to file an appropriate memorandum of points and authorities which complies with the standards articulated by the Ninth Circuit in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) to overcome the presumption of public access to judicial files and records regarding dispositive motions and any exhibits should remain sealed.

Accordingly,

///

1

**IT IS ORDERED** that the parties shall each file motions to seal for their respective documents (Dkt. ##39, 40, 42 and 43) within 14 days of this order, otherwise all documents will automatically be unsealed.

DATED this 26th day of October, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE