UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD GATTER,<br><br>                             Plaintiff,<br>     v.<br>RICHLAND HOLDINGS, INC., et al.,<br>                            Defendants. | Case No. 2:14-cv-01404-RFB-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#11) filed December 1, 2014, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than July 27, 2015, or thirty days after a decision of the dispositive motions. Various Motions for Summary Judgment ((Dkt. ##16, 17, 39) were filed. The District Judge granted in part and denied in part the motions for summary judgment in an Order (Dkt. #55) entered April 6, 2016. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motions. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 27, 2016.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

/ / /

/ / /

/ / /

1

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 13th day of May, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE